THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: April 29, 2020

Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:
VERNON MUSTAFA

Chapter 13

Case No.: 18-31533-BEH

Debtor

### ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtor filed a motion to modify the plan on April 2, 2020 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtor's April 2, 2020 request to modify confirmed plan.

2. Summary of payments: $1,300.00 per month until July 2020; then $1,630.00 per month for the remainder of the 60-month plan.

#####